15·302·cv

NO. 2015-CV-1978

| | | |
|---|---|---|
| DC CIVIL CONSTRUCTION, LLC | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NO. 10 |
| | § | |
| ELIZABETH OLIVAREZ, JAVAN | § | |
| SMITH AND ALL OTHER | § | |
| OCCUPANTS | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

Notice is hereby Given that the Defendant, Javan P. Smith, Appeals from the Final

Judgment signed may 22nd, 2015, and all adverse rulings and judgements merged into

the judgement, and upon all pleadings, motions and documents heard or unheard, upon

the record, And from this Court's denial of motion for new trial.

The final judgment and all orders were signed in the Bexar County court of law no.3, by

Judge Martha Tanner, on May 22nd, 2015.

The appeal will be to the Fourth Court of Appeals.

Respectfully submitted,

Javan Smith
8806 Shoshoni Trail
San Antonio, TX 78225
Tel: (210) 204-6594

By: _____        26 may 2015
Javan Smith                                          Date
Pro Se Defendant

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, a true and correct copy of "NOTICE OF APPEAL" was served by certified mail AND by Fax to Plaintiff's Attorney of Record, Antonio Pedraza, Jr. at 3519 Paesanos Parkway, Suite 105, San Antonio, TX 78231, Tel: (210) 979-6676, Fax: (210) 366-0478.

_____ 26 may 2015

Javan Smith, Pro Se Defendant